**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FARIBA AMIRI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 18-586 RMC |
| OMNI EXCAVATORS, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, by and through her undersigned counsel, in accordance with Federal Rule of Civil Procedure 55(b)(2), for her Motion for Entry of Default Judgment hereby states as follows:

1. On March 16, 2018, Plaintiff filed her Complaint against Defendants for unlawful discharge, sexual harassment, failure to pay wages and breach of contract.

2. Plaintiff obtained service on all Defendants on March 20, 2018 by causing a process server to go to the Defendants' place of business in Washington, DC and personally serve the Defendants as reflected in the Return of Service, filed in this Court on April 11, 2018. A copy of the return of service is attached hereto as Exhibit 1.

3. Defendants' deadline to file an Answer or other responsive pleading was April 10, 2018.

4. On April 18, 2018, 8 days after the deadline to file their Answers had passed, Defendants through their counsel, Seth Robbins reached out to Plaintiff's counsel to seek an extension to file their Answer until April 30, 2018.[1] A true and correct of Mr. Robbins' email is attached hereto as Exhibit 2.

---

[1] Mr. Robbins had represented Defendants in responding to Plaintiff's initial demand letter and in the EEOC process that preceded this Complaint being filed. He is well known to Plaintiff as counsel for Omni during her employment

5.       Plaintiff's counsel consented and approved a draft Consent Motion that was provided to Plaintiff's counsel by Mr. Robbins.

6.       The Motion for an Extension was never filed and no Answer has been filed, despite being beyond the original filing deadline and the consented to extended deadline.

7.       Because Defendants have failed to plead or otherwise defend this action, Plaintiff is entitled to judgment by default against all Defendants.

8.       Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendants for relief sought by Plaintiff in her complaint.

9.       Plaintiff's counsel notified Mr. Robbins of his intent to file this Motion on May 1, 2018 and has served him with a copy of same via electronic mail.

WHEREFORE, Plaintiff requests that Court

A.       Enter a Judgment of Default against all Defendants, Omni Excavators, Inc., Abotorab Rafi, and Manuel Dias; and

B.       Set this matter for a hearing on ex parte proof of damages as soon as possible.

Dated: May 1, 2018                              Respectfully Submitted,

/s/Neil S. Hyman_____
Neil S. Hyman, Esquire
DC Bar No. 465047
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
neil@neilhymanlaw.com
*Counsel for Plaintiff*

---

tenure. Mr. Robbins acknowledged that the Defendants had been served and informed Plaintiff's Counsel that Defendant Rafi had "dropped off the Complaint."